

WILMINGTON
GEORGETOWN
NEW YORK

Matthew B. Lunn
P 302.571.6646
F 302.576.3312
mlunn@ycst.com

February 12, 2018

<u>VIA ELECTRONIC FILING</u>

The Honorable Malachy E. Mannion
United States District Court for the Middle District of Pennsylvania
William J. Nealon Federal Bldg. & U.S. Courthouse
235 N. Washington Avenue
Scranton, Pennsylvania 18503

The Honorable Mary Pat Thynge
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Room 2124, Unit 8
Wilmington, Delaware 19801-3568

Re: *Crystallex International Corp. v. Huntington Ingalls Inc.*, C.A. No. 17-1550-MEM

Dear Judge Mannion and Chief Magistrate Judge Thynge:

    I write as counsel to appellant Crystallex International Corporation ("<u>Crystallex</u>") in the above-captioned appeal (the "<u>Appeal</u>"). On January 12, 2018, the Court approved the parties' stipulation [D.I. 9] (the "<u>Stipulation</u>") extending the deadline to submit the joint statement regarding a mediation with respect to the Appeal and extending the deadline under Bankruptcy Rule 8009(a)(1)(B) for Crystallex to file the designation of items to be included on appeal and a statement of issues. The Stipulation also provided that such deadlines may be further extended upon written request to the Court.

    Please be advised that the action captioned *Crystallex International Corporation v. The Bank of New York Mellon*, Case No. 1:17-cv-07024 (the "<u>New York Turnover Action</u>") is still pending before the United States District Court for the Southern District of New York (the "<u>New York District Court</u>"). As stated in my letters to Your Honors dated November 13, 2017 [D.I. 4], December 15, 2017 [D.I. 6], and January 12, 2018 [D.I. 8] the parties' settlement agreement, among other things, requires that the New York Turnover Action be decided by the New York District Court before the parties' settlement may be effectuated.

Y<small>OUNG</small> C<small>ONAWAY</small> S<small>TARGATT</small> & T<small>AYLOR</small>, LLP
February 12, 2018
The Honorable Malachy E. Mannion and The Honorable Mary Pat Thynge
Page 2

  Accordingly, Crystallex and Ingalls have entered into the Stipulation attached hereto as <u>Exhibit A</u> that (i) further extends the date by which the parties are required to submit their joint written submission concerning mediation of the Appeal through and including March 16, 2018, and (ii) further extends the deadline under Bankruptcy Rule 8009(a)(1)(B) for Crystallex to file the designation of items to be included on appeal and statement of issues through and including March 13, 2018. Pursuant to the authority provided by Bankruptcy Rule 9006(b)(1), Crystallex respectfully requests that the Court approve the Stipulation and extend the deadlines, without prejudice to the rights of the parties to seek further extensions of the deadlines requested either in sections (i) or (ii).

  I am available at the Court's convenience should Your Honors have any questions.

            Respectfully submitted,

            /s/ *Matthew B. Lunn*

            Matthew B. Lunn

cc:  John A. Cerino, Clerk of Court
    All Parties of Record (via email)